```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2020
```

# THE KONOPKA LAW GROUP
### Attorneys & Counselors At Law

277 Broadway
Suite 810
New York, New York 10007
(212) 385-4800
Fax (212) 346-0858
konopka@mfklaw.com

*Via ECF and e-mail Torres_NYSDChambers@nysd.uscourts.gov*

14 September, 2020

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Chattanooga Girls Choir, Inc. v. Concept Tours, Inc. *et al.*
Docket No.: 20CV5592 (AT)**

Honorable Judge Torres:

I am the attorney for the defendants in the above-referenced matter.

On September 3, 2020, defendants served plaintiff with an initial pre-motion letter to dismiss the complaint which plaintiff's counsel responded to on September 10, 2020.

While certain matters with respect to the complaint may have been resolved, defendants anticipate that this week they will file their second letter which will be addressed to the Court. Alternatively, counsel will explore settlement options.

In light of these events, counsel for the parties respectfully request that the Initial Pretrial Conference scheduled for September 22, 2020 and the date for the proposed case management plan and scheduling order be adjourned to a date set by the Court.

This is the first request for the adjournment of the Initial Pretrial Conference by counsel.

Thank you.

Respectfully yours,

*Michael Konopka*

Michael Konopka

MK/yc
cc.: Husch Blackwell LLP via ECF

DENIED.

SO ORDERED.

Dated:  September 15, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge