```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────
CHATTANOOGA GIRLS CHOIR, INC.,

                Plaintiff,

-against-

CONCEPT TOURS, INC. and DENNIS HUNT,

                Defendants.

20 Civ. 5592 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference scheduled for September 22, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: September 15, 2020
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge